# IN THE UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| SOUTHEASTERN CARPENTERS & MILLWRIGHTS HEALTH TRUST FUND, SOUTHEASTERN CARPENTERS & MILLWRIGHTS PENSION TRUST FUND, and J. KIRK MALONE, and LARRY PHILLIPS, as Trustees of the aforesaid Funds, <br><br> Plaintiffs, <br><br> v. <br><br> NUWAY SCAFFOLDING, LLC, <br><br> Defendant. | Case No. 3:17-cv-001195 <br><br> Judge Trauger |

## ENTRY OF DEFAULT

It appearing that the complaint in the above styled action was filed on August 25, 2017; that the summons and complaint were duly served on the Defendant Nuway Scaffolding, LLC ("Defendant") on September 1, 2017; and no answer or other pleading has been filed by Defendant as required by law,

Upon request by the Plaintiffs, default is hereby entered against Defendant, as provided for in Fed. R. Civ. P. Rule 55(a).

Entered this 3rd day of November 2017.

_____
KEITH THROCKMORTON, CLERK OF COURT
FOR THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF TENNESSEE